Mark J. FISCHER, Respondent,

v.

Patricia Ann FISCHER, Appellant.

No. WD 63986.

Missouri Court of Appeals,
Western District.

March 29, 2005.

Michael W. Blanton, Lee's Summit, MO, for Appellant.

William J. Hudnall, Kansas City, MO, for Respondent.

Before: LOWENSTEIN, P.J.,
BRECKENRIDGE and SMART, JJ.

## *ORDER*

PER CURIAM.

This appeal involves the enforceability of a promissory note made by the respondent. The trial court determined that the note was unenforceable for lack of consideration. The judgment is affirmed. Rule 84.16(b).